### S. B. PARKER, Appellant, v. Willie C. PARKER, Appellee.

### No. 11057.

Court of Civil Appeals of Texas.
San Antonio.
Nov. 26, 1941.

H. L. Dillashaw and Joe Burkett, both of San Antonio, for appellant.

Raymond Gerhardt and McClanahan & Loughridge, all of San Antonio, for appellee.

PER CURIAM.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294.